UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61451-CIV-DIMITROULEAS

PAUL E. SANDERS,

    Plaintiff,

vs.

LOREN H. COHEN, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE;**
**FINAL ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Complaint Under the Civil Rights Act, 42 U.S.C. §1983 of Paul E. Sanders [DE-1] and the Report of Magistrate Judge Patrick A. White, dated October 16, 2009 [DE-8].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate's conclusion that Plaintiff has not raised any claims that may be litigated in a federal civil rights action.  The Court also agrees that Plaintiff has not set forth a cognizable constitution claim with regard to forced placement in a substance abuse program.  The Court therefore agrees that this case should be dismissed for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE-8] is hereby **ADOPTED** and **APPROVED**;

2. The above-styled case is hereby **DISMISSED with prejudice**;

3. All pending motions are hereby denied as moot;

4. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of November, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul E. Sanders. Jr., #H06968
T.P.B.W.R.C.
400 SW 2nd Street, #A1104
Pompano Beach, Florida 33060

Hon. Patrick A. White
U.S. Maj. Judge